IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03152-AP

Ronald C. Taylor,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Bruce C. Bernstein
1828 Clarkson Street, #100
Denver, Colorado 80218
303-830-2300
bcb@bcblaw.biz

| | |
|---|---|
| John F. Walsh<br>United States Attorney<br><br>J.B. García<br>Assistant United States Attorney<br>District of Colorado | For Defendant:<br><br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 4169<br>Denver, Colorado 80294-4003<br>(303) 844-0815<br>stephanie.kiley@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      A.     Date Complaint Was Filed:  November 20, 2013

      B.     Date Complaint Was Served on U.S. Attorney's Office:  December 13, 2013

      C.     Date Answer and Administrative Record Were Filed:  February 11, 2014

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

This case is not on appeal from a decision issued on remand from this Court; however, the ALJ's decision references and the certified administrative record include pleadings filed in a Tenth Circuit Court of Appeals case, 11-1499.  Plaintiff in this matter appealed District Court Judge Brimmer's decision affirming the final decision of the Commissioner, case number 10-cv-0891-PAB.  The Tenth Circuit Court of Appeals affirmed Judge Brimmer's decision.

**8.  BRIEFING SCHEDULE**

      A.     **Plaintiff's Opening Brief Due:  April 25, 2014**

      B.     **Defendant's Response Brief Due:  May 27, 2014**

      C.     **Plaintiff's Reply Brief (If Any) Due:  June 11, 2014**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

      B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

  A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

  B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 20th day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                                                    UNITED STATES ATTORNEY

/s/ Bruce C. Bernstein                                                   /s/ Stephanie Lynn F. Kiley
Bruce C. Bernstein                                                        By: Stephanie Lynn F. Kiley
1828 Clarkson Street, #100                                           Special Assistant U.S. Attorney
Denver, Colorado 80218                                                Office of the General Counsel
303-830-2300                                                                  Social Security Administration
bcb@bcblaw.biz                                                             1961 Stout Street, Suite 4169
                                                                                         Denver, Colorado 80294-4003
Attorney for Plaintiff                                                        stephanie.kiley@ssa.gov

                                                                                         Attorneys for Defendant.