# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03152-CMA

RONALD C. TAYLOR,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Reversing and Remanding ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on September 5, 2014 it is

ORDERED that the ALJ's denial of disability benefits is REVERSED and REMANDED for the limited purpose of determining how the unconsidered opinions of these treating physicians affect Plaintiff's alleged disability.   It is further

ORDERED that the Plaintiff is awarded his costs to be taxed by the Clerk of Court, pursuant to the procedures set forth in Fed. R. Civ. P. 54 (d)(1) and D.C.COLO.LCivR 54.1. Any motion for attorneys fees under Equal Access to Justice Act shall be filed within 30 days of final judgment.

Dated at Denver, Colorado this 8th day of September, 2014.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

By: s/  A. Thomas

                    Deputy Clerk